

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Victoria Ann Douglas, Appellant

No. 06-13-00243-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 42769-B). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete the $382.50 assessment for the fees of appellant's court-appointed attorney. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Victoria Ann Douglas, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk